UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 6:23-CV-00207-ADA-DTG |
| | § | |
| KARA PRATT, et al., | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 6. The report and recommendation examined the plaintiff, Ronald Satish Emrit's complaint. and recommended the case be **DISMISSED WITHOUT PREJUDICE** as malicious under 28 U.S.C. § 1915(e) by the undersigned. Judge Gilliland issued the report and recommendation on April 13, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Gilliland's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 6) is **ADOPTED**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** as malicious under 28 U.S.C. § 1915(e).

**SIGNED** on July 1 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE